**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1920**

ELVIS DAVID LEWIS,

          Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

          Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: April 20, 2009         Decided: May 6, 2009

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner. Michael F. Hertz, Acting Assistant Attorney General, Blair T. O'Connor, Assistant Director, Ari Nazarov, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elvis David Lewis, a native and citizen of Grenada, seeks review of an order of the Board of Immigration Appeals (Board) declining to exercise its sua sponte authority to grant Lewis's third motion to reconsider. We do not have jurisdiction to review the Board's decision not to invoke its sua sponte power to grant relief. See Mosere v. Mukasey, 552 F.3d 397, 400-01 (4th Cir. 2009). We accordingly dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED